IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
: CRIMINAL ACTION
v. :
: No. 24-3-6

ADADOU MOUSSA
a/k/a AMADOU MOUSSA
#53960-510
FDC PHILADELPHIA

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Change of Plea Hearing** on **October 8, 2026** at **1:00 P.M.** before the **Honorable John F. Murphy** in **Courtroom 3B**, Third Floor, of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☒ **Hearing rescheduled from: Same day-Status hearing to Change of Plea**

For additional information, please contact the undersigned.

By: Lara L. Karlson, Courtroom Deputy to J. Murphy
Phone: 267-299-7510
Date: 10/8/2026
cc: Defendant (via Defense Counsel)
cc via email: Defense Counsel
Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)